# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **JOSHUA MICHAEL HAVENS** | **CIVIL ACTION NO. 23-1246** |
| **VS.** | **SECTION P** |
| | **JUDGE TERRY A. DOUGHTY** |
| **MOREHOUSE PARISH JAIL, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. [19] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Joshua Michael Havens' claims [Doc. Nos. 1, 11] are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 17th day of January 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE